UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number:  1:18-cv-20792-JAL

JUAN CARLOS GIL,

　　　Plaintiff,

vs.

SMARTSTOP ASSET MANAGEMENT, LLC,

　　　Defendant.

## JOINT NOTICE OF SETTLEMENT

　　　Plaintiff Juan Carlos Gil, and Defendant Smartstop Asset Management, LLC, hereby give notice that the Parties have reached a resolution resolving all claims and matters in this case. The Parties are finalizing resolution papers in this matter and respectfully request that the Court vacate all pending deadlines for a period of thirty (30) days, by which time the parties will file a stipulation of dismissal with this Court.

　　　Dated:  June 22, 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Kevin M. Young* |
| Scott R. Dinin, Esq. | Kevin M. Young, Esq. |
| Scott R. Dinin, P.A. | Seyfarth Shaw, LLP |
| 4200 NW 7th Avenue | 1075 Peachtree Street NE, Suite 2500 |
| Miami, Florida 33127 | Atlanta, Georgia 30309 |
| Tel: (786) 431-1333 | Tel (404) 885-6697 |
| Fax: (786) 513-7700 | Email: kyoung@seyfarth.com |
| E-mail:  inbox@dininlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |