UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number:  1:18-cv-20792-JAL

JUAN CARLOS GIL,

    Plaintiff,

v.

SMARTSTOP ASSET MANAGEMENT, LLC,

    Defendant.

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

Dated this 2nd day of August, 2018.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Kevin M. Young* |
| Scott R. Dinin, Esq. | Kevin M. Young, Esq. |
| SCOTT R. DININ, P.A. | Seyfarth Shaw, LLP |
| 4200 NW 7th Avenue | 1075 Peachtree Street NE, Suite 2500 |
| Miami, Florida 33127 | Atlanta, Georgia 30309 |
| Tel: (786) 431-1333 | Tel (404) 885-6697 |
| Fax: (786) 513-7700 | Email: kyoung@seyfarth.com |
| E-mail: inbox@dininlaw.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

1